```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 01213
   CORRINE SMITH
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6792

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/19/2008 and was confirmed 03/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/07/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  NOTICE ONLY    NOT FILED            .00            .00
HOMEQ SERVICING           CURRENT MORTG       .00             .00            .00
HOMEQ SERVICING           MORTGAGE ARRE  11162.58             .00            .00
NUVELL CREDIT CO LLC      UNSEC W/INTER   8649.82             .00            .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG       .00             .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE    235.06             .00            .00
CREDIT ACCEPTANCE CORP    SECURED VEHIC   5525.00          297.85        1516.77
CITY OF CHICAGO PARKING   UNSEC W/INTER   3294.95             .00            .00
NUVELL CREDIT CO LLC      UNSEC W/INTER  NOT FILED            .00            .00
R&R COUNTRY               UNSEC W/INTER  NOT FILED            .00            .00
SPRINT PCS                UNSEC W/INTER  NOT FILED            .00            .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER  NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    295.80             .00            .00
NELLA E MARIANI           DEBTOR ATTY    3,500.00                        1,206.64
TOM VAUGHN                TRUSTEE                                          259.24
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 3,280.50

PRIORITY                                            .00
SECURED                                        1,516.77
     INTEREST                                    297.85
UNSECURED                                           .00
ADMINISTRATIVE                                 1,206.64
TRUSTEE COMPENSATION                             259.24
DEBTOR REFUND                                       .00
                     ---------------       ---------------
TOTALS                  3,280.50                3,280.50

               PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01213 CORRINE SMITH
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE